IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 MAR 12 PM 3:17
DEPUTY CLERK _____

RUSSELL ROBINSON, JR., §
§
    Petitioner, §
§
v. § 2:18-CV-016
§
LORIE DAVIS, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
§
    Respondent. §

## ORDER OVERRULING OBJECTIONS, ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed an application for a writ of habeas corpus challenging a state prison disciplinary decision. On February 27, 2018, the United States Magistrate Judge issued a Findings, Conclusions and Recommendation in this cause, recommending therein that the habeas application be denied because petitioner is not eligible for mandatory supervised release. On March 6, 2018, petitioner filed objections to the Findings, Conclusions and Recommendation.

The undersigned United States Senior District Judge has made an independent examination of the record in this case. Petitioner's objections are OVERRULED, and the Magistrate Judge's Findings, Conclusions and Recommendation is hereby ADOPTED. Accordingly, the application for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this 12th day of March, 2018.

_____
MARY LOU ROBINSON
UNITED STATES SENIOR DISTRICT JUDGE